*Clarke F. Hess,* with him *Michael F. Bausang, Jr.,* and *Butera and Detwiler,* for appellants; *Leonard B. Gordon,* with him *Gordon and Kaufman,* for appellee.

Order affirmed.

## Mazzocone, Appellant, *v.* Mazzocone.

Argued June 11, 1973. *James M. Marsh,* with him *Walter J. Timby, Jr.,* and *LaBrum and Doak,* for appellant; *Garland D. Cherry,* with him *Kassab, Cherry & Archbold,* for appellee.

OPINION PER CURIAM: Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.

## Mazzocone, Appellant, *v.* Mazzocone.

Argued June 11, 1973. *Garland D. Cherry,* with him *Kassab, Cherry & Archbold,* for appellant; *James M. Marsh,* with him *Walter J. Timby, Jr.,* and *LaBrum and Doak,* for appellee.

Order affirmed.

## Smith *v.* Smith, Appellant.

Argued June 11, 1973. *Nochem S. Winnet,* with him *Howard R. Flaxman, Murray H. Shusterman,*